418133

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOYCE LABOSSIERE

VS.                                                          CA NO:  1:18-00416-JJM-LDA

CHARTERCARE HEALTH PARTNERS Alias In Its Capacity as Plan Administrator of the Employee Term Life, Accidental Death and Dismemberment and Dependents Terms Life Coverage for Employees of CharterCARE Health Partners, Alias,  EMPLOYEE TERM LIFE, ACCIDENTAL DEATH AND DISMEMBERMENT AND DEPENDENTS TERMS LIFE COVERAGE FOR EMPLOYEES OF CHARTERCARE HEALTH PARTNERS, Alias, and UNITED HEALTHCARE INSURANCE COMPANY d/b/a Uniamerica Insurance Company Alias

### DISMISSAL STIPULATION

All claims dismissed with prejudice, no interest, no costs.

| Plaintiff | Defendant |
|---|---|
| By her Attorneys, | By its Attorneys |
| Law Office of Mark B. Morse, LLC | Robinson & Cole LLP |
| | |
| /s/ Mark B. Morse | /s/ Dana Horton |
| _____ | _____ |
| Mark B. Morse | Dana Horton |
| RI Bar Reg No 3003 | RI Bar Reg No |
| 420 Angell Street, Suite 2 | One Financial Plaza, Suite 1430 |
| Providence, RI 02906 | Providence, RI 02903 |
| (401) 831-0555 | (401) 709-3300 |
| fax (401) 273-0937 | Fax: (401) 709-3399 |
| \mark@morselawoffice.com | |

**CERTIFICATE OF SERVICE**

Michael H. Bernstein
(Admitted Pro Hac Vice)
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017

418133

Dana M. Horton
ROBINSON & COLE LLP
One Financial Plaza, Suite 1430
Providence, Rhode Island 02903

I hereby certify that a true copy of the within was transmitted through the ECF system of the United States District Court, D.R.I. to the abovenamed.

DATE: November 5, 2019                                        /s/ Mark B. Morse